**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BRINKER, KEN § | Case No. 09-75193 |
| BRINKER, KAY § | |
| § | |
| Debtor(s) § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 23, 2009. The undersigned trustee was appointed on January 27, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        2,855.63

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 155.48 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 2,700.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/08/2010 and the deadline for filing governmental claims was 05/22/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $713.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $713.91, for a total compensation of $713.91.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/09/2012            By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
　　　　　　　BRINKER, KAY  
**Period Ending:** 02/09/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/23/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/08/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 301 S. Belleville, Warren, | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Jackson's ADD Block 3 Fee simple, Lots 1 & 2, Pt | 2,397.00 | 0.00 | DA | 0.00 | FA |
| 3 | Apple River Bank - Checking | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Citizen's State Bank of Lena - Checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Citizens State Bank of Lena - Checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Community Bank - Savings | 70.82 | 0.00 | DA | 0.00 | FA |
| 7 | Apple River State Bank - Savings | 61.41 | 0.00 | DA | 0.00 | FA |
| 8 | Community Bank - Certificate of Deposit | 472.06 | 0.00 | DA | 0.00 | FA |
| 9 | Normal complement of household goods and furnish | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Normal complement of wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Trans Union - Term Life | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | Met Life - Term Life | 1.00 | 0.00 | DA | 0.00 | FA |
| 13 | Met Life - 401(k) | 62,184.92 | 0.00 | DA | 0.00 | FA |
| 14 | Sole shareholder of Brinker Brothers Company, In | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1982 Buick Regal (500,000 miles) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1979 Toyota Celica | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1973 Chevy Nova (value $5,000.00), 1984 Chevy Mo | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1996 Chevy Silverado | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Personal Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Non-transferable interest in season tickets- Gre | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Palmer Firm - Refund (u) | 6,500.00 | 2,854.29 | DA | 2,854.29 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.34 | FA |
| 22 Assets | Totals (Excluding unknown values) | $228,438.21 | $2,854.29 | | $2,855.63 | $0.00 |

**Major Activities Affecting Case Closing:**

Printed: 02/09/2012 07:42 AM　　V.12.57

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-75193
**Case Name:** BRINKER, KEN
BRINKER, KAY
**Period Ending:** 02/09/12

**Trustee:** (330420)    JAMES E. STEVENS
**Filed (f) or Converted (c):** 11/23/09 (f)
**§341(a) Meeting Date:** 12/29/09
**Claims Bar Date:** 04/08/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    June 30, 2010          **Current Projected Date Of Final Report (TFR):**    February 9, 2012  (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
  BRINKER, KAY  
**Taxpayer ID #:** **-***7274  
**Period Ending:** 02/09/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/10 | {24} | Ken and Kay Brinker | unexempt portion of Palmer firm refund | 1210-000 | 2,854.29 | | 2,854.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,854.36 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,854.48 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,854.49 |
| 04/06/10 | | Wire out to BNYM account 9200******3165 | Wire out to BNYM account 9200******3165 | 9999-000 | -2,854.49 | | 0.00 |

|  | | |
|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -2,854.49 | 0.00 | |
| **Subtotal** | 2,854.49 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,854.49** | **$0.00** | |

{} Asset reference(s)

Printed: 02/09/2012 07:42 AM V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-75193 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | BRINKER, KEN | | Bank Name: | The Bank of New York Mellon |
| | BRINKER, KAY | | Account: | 9200-******31-65 - Checking Account |
| Taxpayer ID #: | **-***7274 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 02/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | 9999-000 | 2,854.49 | | 2,854.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,854.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,854.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,854.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,855.13 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 2,855.29 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.31 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.37 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.39 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.41 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.47 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.49 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.48 | 2,850.03 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,850.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,825.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,825.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,800.07 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,800.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,775.09 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,775.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,750.11 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,750.13 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,725.13 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,725.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,700.15 |
| | | | ACCOUNT TOTALS | | 2,855.63 | 155.48 | $2,700.15 |
| | | | Less: Bank Transfers | | 2,854.49 | 0.00 | |
| | | | Subtotal | | 1.14 | 155.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1.14 | $155.48 | |

{} Asset reference(s)  Printed: 02/09/2012 07:42 AM    V.12.57

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
BRINKER, KAY  
**Taxpayer ID #:** **-***7274  
**Period Ending:** 02/09/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****31-65 | 2,854.49 | 0.00 | 0.00 |
| Checking # 9200-******31-65 | 1.14 | 155.48 | 2,700.15 |
| | $2,855.63 | $155.48 | $2,700.15 |

{} Asset reference(s)

Printed: 02/09/2012 07:42 AM    V.12.57

Printed: 02/09/12 07:42 AM

# Claims Distribution Register

Page: 1

### Case: 09-75193    BRINKER, KEN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 11/23/09 | 200 | BARRICK, SWITZER LAW FIRM<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><3110-00 Attorney for Trustee Fees (Trustee Firm)> | 796.00 | 796.00 | 0.00 | 796.00 | 796.00 |
| | 11/23/09 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br><2100-00 Trustee Compensation> | 713.91 | 713.91 | 0.00 | 713.91 | 713.91 |
| | | | **Total for Priority 200:  100% Paid** | **$1,509.91** | **$1,509.91** | **$0.00** | **$1,509.91** | **$1,509.91** |
| | | | **Total for Admin Ch. 7 Claims:** | **$1,509.91** | **$1,509.91** | **$0.00** | **$1,509.91** | **$1,509.91** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 01/13/10 | 610 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT ASSIG<br>Capital One Bank USA, N.A.,PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured § 726(a)(2)> | 3,399.79 | 3,399.79 | 0.00 | 3,399.79 | 34.07 |
| 2 | 01/14/10 | 610 | Discover Bank<br>DFS Services LLC<br>POB 3025<br>New Albany, OH 43054-3025<br><7100-00 General Unsecured § 726(a)(2)> | 5,838.12 | 5,838.12 | 0.00 | 5,838.12 | 58.49 |
| 3 | 01/14/10 | 610 | Discover Bank<br>DFS Services LLC<br>POB 3025<br>New Albany, OH 43054-3025<br><7100-00 General Unsecured § 726(a)(2)> | 6,115.24 | 6,115.24 | 0.00 | 6,115.24 | 61.27 |
| 4 | 01/14/10 | 610 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><7100-00 General Unsecured § 726(a)(2)> | 18,447.20 | 18,447.20 | 0.00 | 18,447.20 | 184.82 |
| 5 | 01/20/10 | 610 | Wallace E. Dunn Tax Service<br>561 Diversey Parkway, Suite 204<br>Chicago, IL 60614<br><7100-00 General Unsecured § 726(a)(2)> | 856.00 | 856.00 | 0.00 | 856.00 | 8.58 |
| 6 | 01/20/10 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00 General Unsecured § 726(a)(2)> | 11,085.24 | 11,085.24 | 0.00 | 11,085.24 | 111.06 |

Printed: 02/09/12 07:42 AM

# Claims Distribution Register

Page: 2

### Case: 09-75193    BRINKER, KEN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 7 | 01/20/10 | 610 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)> | 9,586.87 | 9,586.87 | 0.00 | 9,586.87 | 96.05 |
| 8 | 01/23/10 | 610 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)> | 9,143.05 | 9,143.05 | 0.00 | 9,143.05 | 91.60 |
| 9 | 01/23/10 | 610 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 <7100-00   General Unsecured § 726(a)(2)> | 3,928.52 | 3,928.52 | 0.00 | 3,928.52 | 39.36 |
| 10 | 01/25/10 | 610 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)> | 8,848.75 | 8,848.75 | 0.00 | 8,848.75 | 88.66 |
| 11 | 01/25/10 | 610 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 <7100-00   General Unsecured § 726(a)(2)> | 1,046.24 | 1,046.24 | 0.00 | 1,046.24 | 10.48 |
| 12 | 02/03/10 | 610 | Meyers-Cox Co. Box 180 8797 Kapp Drive,Peosta, IA 52068 <7100-00   General Unsecured § 726(a)(2)> | 5,493.61 | 5,493.61 | 0.00 | 5,493.61 | 55.04 |
| 13 | 02/04/10 | 610 | U.S. Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201 <7100-00   General Unsecured § 726(a)(2)> | 17,976.60 | 17,976.60 | 0.00 | 17,976.60 | 180.11 |
| 14 | 03/22/10 | 610 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 <7100-00   General Unsecured § 726(a)(2)> | 1,328.68 | 1,328.68 | 0.00 | 1,328.68 | 13.31 |
| 15 | 03/29/10 | 610 | ET Video P.O. Box 327 Coon Rapids, IA 50058 <7100-00   General Unsecured § 726(a)(2)> | 3,230.00 | 3,230.00 | 0.00 | 3,230.00 | 32.36 |
| 16 | 04/01/10 | 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 <7100-00   General Unsecured § 726(a)(2)> | 4,646.39 | 4,646.39 | 0.00 | 4,646.39 | 46.55 |

Printed: 02/09/12 07:42 AM

# Claims Distribution Register

Page: 3

## Case:  09-75193   BRINKER, KEN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 17 | 04/01/10 | 610 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 <7100-00   General Unsecured § 726(a)(2)> | 7,828.45 | 7,828.45 | 0.00 | 7,828.45 | 78.43 |
| | | | **Total for Priority 610:   1.00190% Paid** | $118,798.75 | $118,798.75 | $0.00 | $118,798.75 | $1,190.24 |
| | | | **Total for Unsecured Claims:** | $118,798.75 | $118,798.75 | $0.00 | $118,798.75 | $1,190.24 |
| | | | **Total for Case :** | $120,308.66 | $120,308.66 | $0.00 | $120,308.66 | $2,700.15 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 09-75193
Case Name: BRINKER, KEN
Trustee Name: JAMES E. STEVENS

**Balance on hand:** $ 2,700.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,700.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 713.91 | 0.00 | 713.91 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 796.00 | 0.00 | 796.00 |

Total to be paid for chapter 7 administration expenses: $ 1,509.91
Remaining balance: $ 1,190.24

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,190.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,190.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,798.75 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | CAPITAL ONE BANK (USA), N.A. | 3,399.79 | 0.00 | 34.07 |
| 2 | Discover Bank | 5,838.12 | 0.00 | 58.49 |
| 3 | Discover Bank | 6,115.24 | 0.00 | 61.27 |
| 4 | Commerce Bank | 18,447.20 | 0.00 | 184.82 |
| 5 | Wallace E. Dunn Tax Service | 856.00 | 0.00 | 8.58 |
| 6 | PYOD LLC its successors and assigns as assignee of | 11,085.24 | 0.00 | 111.06 |
| 7 | PYOD LLC its successors and assigns as assignee of | 9,586.87 | 0.00 | 96.05 |
| 8 | Chase Bank USA, N.A. | 9,143.05 | 0.00 | 91.60 |
| 9 | Chase Bank USA, N.A. | 3,928.52 | 0.00 | 39.36 |
| 10 | American Express Centurion Bank | 8,848.75 | 0.00 | 88.66 |
| 11 | American Express Bank, FSB | 1,046.24 | 0.00 | 10.48 |
| 12 | Meyers-Cox Co. | 5,493.61 | 0.00 | 55.04 |
| 13 | U.S. Bank N.A. | 17,976.60 | 0.00 | 180.11 |
| 14 | PYOD LLC its successors and assigns as assignee of | 1,328.68 | 0.00 | 13.31 |
| 15 | ET Video | 3,230.00 | 0.00 | 32.36 |
| 16 | Fia Card Services, NA/Bank of America | 4,646.39 | 0.00 | 46.55 |
| 17 | Fia Card Services, NA/Bank of America | 7,828.45 | 0.00 | 78.43 |

|  |  |  |
|---|---|---:|
| Total to be paid for timely general unsecured claims: | $ | 1,190.24 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**