**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BRINKER, KEN § | Case No. 09-75193 |
| BRINKER, KAY § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/28/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/09/2012          By:  /s/JAMES E. STEVENS
                                 Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BRINKER, KEN | § Case No. 09-75193 |
| BRINKER, KAY | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 2,855.63 |
| *and approved disbursements of* | $ 155.48 |
| *leaving a balance on hand of* [1] | $ 2,700.15 |
| **Balance on hand:** | $ 2,700.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 2,700.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 713.91 | 0.00 | 713.91 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 796.00 | 0.00 | 796.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,509.91 |
| Remaining balance: | $ 1,190.24 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 1,190.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,190.24

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,798.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | 3,399.79 | 0.00 | 34.07 |
| 2 | Discover Bank | 5,838.12 | 0.00 | 58.49 |
| 3 | Discover Bank | 6,115.24 | 0.00 | 61.27 |
| 4 | Commerce Bank | 18,447.20 | 0.00 | 184.82 |
| 5 | Wallace E. Dunn Tax Service | 856.00 | 0.00 | 8.58 |
| 6 | PYOD LLC its successors and assigns as assignee of | 11,085.24 | 0.00 | 111.06 |
| 7 | PYOD LLC its successors and assigns as assignee of | 9,586.87 | 0.00 | 96.05 |
| 8 | Chase Bank USA, N.A. | 9,143.05 | 0.00 | 91.60 |
| 9 | Chase Bank USA, N.A. | 3,928.52 | 0.00 | 39.36 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 10 | American Express Centurion Bank | 8,848.75 | 0.00 | 88.66 |
| 11 | American Express Bank, FSB | 1,046.24 | 0.00 | 10.48 |
| 12 | Meyers-Cox Co. | 5,493.61 | 0.00 | 55.04 |
| 13 | U.S. Bank N.A. | 17,976.60 | 0.00 | 180.11 |
| 14 | PYOD LLC its successors and assigns as assignee of | 1,328.68 | 0.00 | 13.31 |
| 15 | ET Video | 3,230.00 | 0.00 | 32.36 |
| 16 | Fia Card Services, NA/Bank of America | 4,646.39 | 0.00 | 46.55 |
| 17 | Fia Card Services, NA/Bank of America | 7,828.45 | 0.00 | 78.43 |

Total to be paid for timely general unsecured claims: $ 1,190.24
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                       United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                              Case No. 09-75193-MB
Kenneth G Brinker                                                   Chapter 7
Winona K Brinker
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
db/jdb       +Kenneth G Brinker,   Winona K Brinker,   301 S. Belleville,   Warren, IL 61087-9705
14761363     +American Express,   P.O. Box 0001,   Los Angeles, CA 90096-8000
14998621      American Express Bank, FSB,   POB 3001,   Malvern, PA 19355-0701
14998620      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14761364     +Apple River State Bank,   444 E. Hickory,   Apple River, IL 61001-9562
14761365     +Bank of America,   P.O. Box 15726,   Wilmington, DE 19886-5726
14761366     +Bowen Oil Co.,   PO Box 26,   Orangeville, IL 61060-0026
14953673      CAPITAL ONE BANK (USA), N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT ASSIG,
               Capital One Bank USA, N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14761367     +Capital One,   P.O. Box 6492,   Carol Stream, IL 60197-6492
14761368     +Captial One,   P.O. Box 5294,   Carol Stream, IL 60197-5294
14761369     +Charter One,   P.O. Box 9799,   Providence, RI 02940-9799
14761370     +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
14761371     +Chase Bank USA NA,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
14997556      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14761372     +Citi Cards,   P.O. Box 688914,   Des Moines, IA 50368-8914
14761373     +Citi Cards,   P.O. Box 688917,   Des Moines, IA 50368-8917
14761374     +Citi Mortgage,   PO Box 9438,   Gaithersburg, MD 20898-9438
14761375     +Citicards,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
14761377     +Dakota News,   P.O. Box 2470,   Sioux Falls, SD 57101-2470
14761378     +Direct Merchants Bank,   P.O. Box 17313,   Baltimore, MD 21297-1313
14761381     +Donald Brown Trucking,   P.O. Box 335,   Warren, IL 61087-0335
14761382     +ET Video,   P.O. Box 327,   Coon Rapids, IA 50058-0327
14761384     +Gene Brinker,   501 N. Ave,   Warren, IL 61087-9799
14761385     +HSBC Card Services,   PO Box 19360,   Portland, OR 97280-0360
14761387     +Jo Davies Treasurer,   330 N Bench Street,   Galena, IL 61036-1848
14761388     +Meyers-Cox Co.,   Box 180,   8797 Kapp Drive,   Peosta, IA 52068-9448,   attnL  Robert K Apel
14761390     +NCO Financial Systems,   P.O. Box 15740,   Wilmington, DE 19850-5740
14761389     +National City,   P.O. Box 856176,   Louisville, KY 40285-6176
14761391     +O'Connor Brooks & Co. P.C.,   P.O. Box 294,   Galena, IL 61036-0294
14761393     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   120 Corporate Blvd, Ste 100,
               Norfolk, VA 23502)
14761392     +Pearl City Elevator,   PO Box 248,   Pearl City, IL 61062-0248
14761394     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S Bank,   P.O. Box 790408,   Saint Louis, MO 63179)
14761395     +Vincent Roth & Toepfer,   125 E. Main St,   Warren, IL 61087-9367
14761396     +Wallace E. Dunn Tax Service,   561 Diversey Parkway, Suite 204,   Chicago, IL 60614-1682
14761397     +Werhane Enterprises,   P.O. Box 475,   Lena, IL 61048-0475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14960424      E-mail/Text: bankruptcy@commercebank.com Feb 18 2012 04:41:41     Commerce Bank,   P O BOX 419248,
               KCREC-10,   Kansas City, MO 64141-6248
14761376      E-mail/Text: bankruptcy@commercebank.com Feb 18 2012 04:41:41     Commerce Bank,   PO Box 411036,
               Kansas City, MO 64141-1036
14962710      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Bank,
               P.O. Box 30395,   Salt Lake City, UT 84130
14761380     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Bank,
               P.O. Box 6103,   Carol Stream, IL 60197-6103
14761379      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 18 2012 04:13:47     Discover Bank,
               DFS Services LLC,   POB 3025,   New Albany OH 43054-3025
15359253      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2012 04:43:26
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
14761383     +E-mail/Text: snewton@galgazette.com Feb 18 2012 03:52:02     Galena Gazette,   P.O. Box 319,
               Galena, IL 61036-0319
14761386     +E-mail/Text: Bankruptcy@icsystem.com Feb 18 2012 04:43:07     IC System, Inc.,   PO Box 64437,
               Saint Paul, MN 55164-0437
14761390     +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 18 2012 04:58:16     NCO Financial Systems,
               P.O. Box 15740,   Wilmington, DE 19850-5740
14981610     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 18 2012 02:59:42
               PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15057877*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cshabez             Page 2 of 3            Date Rcvd: Feb 17, 2012
                              Form ID: pdf006          Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Feb 17, 2012
                              Form ID: pdf006            Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Debtor Kenneth Brinker natalelaw@bjnatalelaw.com
              James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Steven R Rappin    on behalf of Creditor  CitiMortgage, Inc. dolswang@hrolaw.com,
               rarredondo@hrolaw.com
                                                                                             TOTAL: 5
```