**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: BRINKER, KEN                          § Case No. 09-75193
       BRINKER, KAY                          §
                                             §
Debtor(s)                                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $221,938.21                     Assets Exempt: $101,477.80
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,190.24        Claims Discharged
                                                  Without Payment: $353,473.55

Total Expenses of Administration: $1,665.39

---

    3) Total gross receipts of $ 2,855.63 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,855.63 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $167,860.51 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,665.39 | 1,665.39 | 1,665.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 335,739.09 | 118,798.75 | 118,798.75 | 1,190.24 |
| **TOTAL DISBURSEMENTS** | $503,599.60 | $120,464.14 | $120,464.14 | $2,855.63 |

4) This case was originally filed under Chapter 7 on November 23, 2009. The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2012          By: /s/JAMES E. STEVENS
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Palmer Firm - Refund | 1210-000 | 2,854.29 |
| Interest Income | 1270-000 | 1.34 |
| **TOTAL GROSS RECEIPTS** | | **$2,855.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citi Mortgage | 4110-000 | 110,574.44 | N/A | N/A | 0.00 |
| NOTFILED | Apple River State Bank | 4110-000 | 29,218.65 | N/A | N/A | 0.00 |
| NOTFILED | Jo Davies Treasurer | 4110-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Mortgage | 4110-000 | 26,767.42 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$167,860.51** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 713.91 | 713.91 | 713.91 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 796.00 | 796.00 | 796.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.48 | 5.48 | 5.48 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,665.39 | $1,665.39 | $1,665.39 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 4,781.11 | 3,399.79 | 3,399.79 | 34.07 |
| 2 | Discover Bank | 7100-000 | 5,838.12 | 5,838.12 | 5,838.12 | 58.49 |
| 3 | Discover Bank | 7100-000 | 6,021.90 | 6,115.24 | 6,115.24 | 61.27 |
| 4 | Commerce Bank | 7100-000 | 17,753.48 | 18,447.20 | 18,447.20 | 184.82 |
| 5 | Wallace E. Dunn Tax Service | 7100-000 | 856.00 | 856.00 | 856.00 | 8.58 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 11,085.24 | 11,085.24 | 11,085.24 | 111.06 |
| 7 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 9,586.87 | 9,586.87 | 96.05 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 9,143.05 | 9,143.05 | 91.60 |
| 9 | Chase Bank USA, N.A. | 7100-000 | 3,928.00 | 3,928.52 | 3,928.52 | 39.36 |
| 10 | American Express Centurion Bank | 7100-000 | 8,848.75 | 8,848.75 | 8,848.75 | 88.66 |
| 11 | American Express Bank, FSB | 7100-000 | 1,049.60 | 1,046.24 | 1,046.24 | 10.48 |
| 12 | Meyers-Cox Co. | 7100-000 | 3,516.29 | 5,493.61 | 5,493.61 | 55.04 |
| 13 | U.S. Bank N.A. | 7100-000 | 18,479.70 | 17,976.60 | 17,976.60 | 180.11 |
| 14 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,328.68 | 1,328.68 | 1,328.68 | 13.31 |
| 15 | ET Video | 7100-000 | 3,230.00 | 3,230.00 | 3,230.00 | 32.36 |
| 16 | Fia Card Services, NA/Bank of America | 7100-000 | 4,646.39 | 4,646.39 | 4,646.39 | 46.55 |
| 17 | Fia Card Services, NA/Bank of America | 7100-000 | 7,828.45 | 7,828.45 | 7,828.45 | 78.43 |
| NOTFILED | Direct Merchants Bank | 7100-000 | 8,212.62 | N/A | N/A | 0.00 |
| NOTFILED | Donald Brown Trucking | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Dakota News | 7100-000 | 830.02 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 9,586.87 | N/A | N/A | 0.00 |
| NOTFILED | Citicards | 7100-000 | 10,077.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One | 7100-000 | 32,541.85 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 13,071.57 | N/A | N/A | 0.00 |
| NOTFILED | Galena Gazette | 7100-000 | 194.78 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services | 7100-000 | 8,267.00 | N/A | N/A | 0.00 |
| NOTFILED | Gene Brinker | 7100-000 | 58,726.25 | N/A | N/A | 0.00 |
| NOTFILED | Vincent Roth & Toepfer | 7100-000 | 3,062.50 | N/A | N/A | 0.00 |
| NOTFILED | Werhane Enterprises | 7100-000 | 682.34 | N/A | N/A | 0.00 |
| NOTFILED | Pearl City Elevator | 7100-000 | 40,712.85 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | NCO Financial Systems | 7100-000 | 314.33 | N/A | N/A | 0.00 |
| NOTFILED | O'Connor Brooks & Co. P.C. | 7100-000 | 2,125.00 | N/A | N/A | 0.00 |
| NOTFILED | IC System, Inc. | 7100-000 | 1,195.33 | N/A | N/A | 0.00 |
| NOTFILED | National City | 7100-000 | 9,460.76 | N/A | N/A | 0.00 |
| NOTFILED | Captial One | 7100-000 | 3,044.60 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 908.66 | N/A | N/A | 0.00 |
| NOTFILED | Bowen Oil Co. | 7100-000 | 32,873.05 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $335,739.09 | $118,798.75 | $118,798.75 | $1,190.24 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
BRINKER, KAY  
**Period Ending:** 05/17/12  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/23/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/08/10  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 301 S. Belleville, Warren, | 135,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Jackson's ADD Block 3 Fee simple, Lots 1 & 2, Pt | 2,397.00 | 0.00 | DA | 0.00 | FA |
| 3 | Apple River Bank - Checking | 150.00 | 0.00 | DA | 0.00 | FA |
| 4 | Citizen's State Bank of Lena - Checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Citizens State Bank of Lena - Checking | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Community Bank - Savings | 70.82 | 0.00 | DA | 0.00 | FA |
| 7 | Apple River State Bank - Savings | 61.41 | 0.00 | DA | 0.00 | FA |
| 8 | Community Bank - Certificate of Deposit | 472.06 | 0.00 | DA | 0.00 | FA |
| 9 | Normal complement of household goods and furnish | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Normal complement of wearing apparel | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | Trans Union - Term Life | 1.00 | 0.00 | DA | 0.00 | FA |
| 12 | Met Life - Term Life | 1.00 | 0.00 | DA | 0.00 | FA |
| 13 | Met Life - 401(k) | 62,184.92 | 0.00 | DA | 0.00 | FA |
| 14 | Sole shareholder of Brinker Brothers Company, In | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1982 Buick Regal (500,000 miles) | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1979 Toyota Celica | 500.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1973 Chevy Nova (value $5,000.00), 1984 Chevy Mo | 13,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1996 Chevy Silverado | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 19 | Personal Computer | 100.00 | 0.00 | DA | 0.00 | FA |
| 20 | Non-transferable interest in season tickets- Gre | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | Palmer Firm - Refund (u) | 6,500.00 | 2,854.29 | | 2,854.29 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.34 | FA |
| 22 | **Assets Totals** (Excluding unknown values) | **$228,438.21** | **$2,854.29** | | **$2,855.63** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
BRINKER, KAY  
**Period Ending:** 05/17/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 11/23/09 (f)  
**§341(a) Meeting Date:** 12/29/09  
**Claims Bar Date:** 04/08/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** June 30, 2010    **Current Projected Date Of Final Report (TFR):** February 9, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
BRINKER, KAY  
**Taxpayer ID #:** **-***7274  
**Period Ending:** 05/17/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****31-65 - Money Market Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/10 | {24} | Ken and Kay Brinker | unexempt portion of Palmer firm refund | 1210-000 | 2,854.29 | | 2,854.29 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,854.36 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 2,854.48 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,854.49 |
| 04/06/10 | | Wire out to BNYM account 9200******3165 | Wire out to BNYM account 9200******3165 | 9999-000 | -2,854.49 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -2,854.49 | 0.00 | |
| **Subtotal** | | 2,854.49 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,854.49** | **$0.00** | |

{} Asset reference(s)                                                                                   Printed: 05/17/2012 08:08 AM    V.13.02

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
BRINKER, KAY  
**Taxpayer ID #:** **-***7274  
**Period Ending:** 05/17/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Checking Account  
**Blanket Bond:** $372,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | Wire in from JPMorgan Chase Bank, N.A. account ********3165 | 9999-000 | 2,854.49 | | 2,854.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.13 | | 2,854.62 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,854.79 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,854.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.17 | | 2,855.13 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.16 | | 2,855.29 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.31 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.35 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.37 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.39 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.41 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.43 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.45 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.47 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.49 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,855.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.48 | 2,850.03 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,850.05 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,825.05 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,825.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,800.07 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,800.09 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,775.09 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,775.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,750.11 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,750.13 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,725.13 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,725.15 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,700.15 |
| 03/28/12 | 11001 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $796.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 796.00 | 1,904.15 |
| 03/28/12 | 11002 | JAMES E. STEVENS | Dividend paid 100.00% on $713.91, Trustee Compensation; Reference: | 2100-000 | | 713.91 | 1,190.24 |
| 03/28/12 | 11003 | CAPITAL ONE BANK (USA), N.A. | Dividend paid  1.00% on $3,399.79; Claim# 1; Filed: $3,399.79; Reference: | 7100-000 | | 34.07 | 1,156.17 |

Subtotals :   $2,855.63   $1,699.46

{} Asset reference(s)

Printed: 05/17/2012 08:08 AM     V.13.02

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-75193  
**Case Name:** BRINKER, KEN  
BRINKER, KAY  
**Taxpayer ID #:** **-***7274  
**Period Ending:** 05/17/12

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******31-65 - Checking Account  
**Blanket Bond:** $372,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/12 | 11004 | Discover Bank | Dividend paid 1.00% on $5,838.12; Claim# 2; Filed: $5,838.12; Reference: | 7100-000 | | 58.49 | 1,097.68 |
| 03/28/12 | 11005 | Discover Bank | Dividend paid 1.00% on $6,115.24; Claim# 3; Filed: $6,115.24; Reference: | 7100-000 | | 61.27 | 1,036.41 |
| 03/28/12 | 11006 | Commerce Bank | Dividend paid 1.00% on $18,447.20; Claim# 4; Filed: $18,447.20; Reference: | 7100-000 | | 184.82 | 851.59 |
| 03/28/12 | 11007 | Wallace E. Dunn Tax Service | Dividend paid 1.00% on $856.00; Claim# 5; Filed: $856.00; Reference: | 7100-000 | | 8.58 | 843.01 |
| 03/28/12 | 11008 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.00% on $11,085.24; Claim# 6; Filed: $11,085.24; Reference: | 7100-000 | | 111.06 | 731.95 |
| 03/28/12 | 11009 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.00% on $9,586.87; Claim# 7; Filed: $9,586.87; Reference: | 7100-000 | | 96.05 | 635.90 |
| 03/28/12 | 11010 | Chase Bank USA, N.A. | Dividend paid 1.00% on $9,143.05; Claim# 8; Filed: $9,143.05; Reference: | 7100-000 | | 91.60 | 544.30 |
| 03/28/12 | 11011 | Chase Bank USA, N.A. | Dividend paid 1.00% on $3,928.52; Claim# 9; Filed: $3,928.52; Reference: | 7100-000 | | 39.36 | 504.94 |
| 03/28/12 | 11012 | American Express Centurion Bank | Dividend paid 1.00% on $8,848.75; Claim# 10; Filed: $8,848.75; Reference: | 7100-000 | | 88.66 | 416.28 |
| 03/28/12 | 11013 | American Express Bank, FSB | Dividend paid 1.00% on $1,046.24; Claim# 11; Filed: $1,046.24; Reference: | 7100-000 | | 10.48 | 405.80 |
| 03/28/12 | 11014 | Meyers-Cox Co. | Dividend paid 1.00% on $5,493.61; Claim# 12; Filed: $5,493.61; Reference: | 7100-000 | | 55.04 | 350.76 |
| 03/28/12 | 11015 | U.S. Bank N.A. | Dividend paid 1.00% on $17,976.60; Claim# 13; Filed: $17,976.60; Reference: | 7100-000 | | 180.11 | 170.65 |
| 03/28/12 | 11016 | PYOD LLC its successors and assigns as assignee of | Dividend paid 1.00% on $1,328.68; Claim# 14; Filed: $1,328.68; Reference: | 7100-000 | | 13.31 | 157.34 |
| 03/28/12 | 11017 | ET Video | Dividend paid 1.00% on $3,230.00; Claim# 15; Filed: $3,230.00; Reference: | 7100-000 | | 32.36 | 124.98 |
| 03/28/12 | 11018 | Fia Card Services, NA/Bank of America | Dividend paid 1.00% on $4,646.39; Claim# 16; Filed: $4,646.39; Reference: | 7100-000 | | 46.55 | 78.43 |
| 03/28/12 | 11019 | Fia Card Services, NA/Bank of America | Dividend paid 1.00% on $7,828.45; Claim# 17; Filed: $7,828.45; Reference: | 7100-000 | | 78.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,855.63 | 2,855.63 | $0.00 |
| | | | Less: Bank Transfers | | 2,854.49 | 0.00 | |
| | | | **Subtotal** | | 1.14 | 2,855.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.14** | **$2,855.63** | |

{} Asset reference(s)

Printed: 05/17/2012 08:08 AM    V.13.02

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-75193
**Case Name:** BRINKER, KEN
BRINKER, KAY
**Taxpayer ID #:** **-***7274
**Period Ending:** 05/17/12

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******31-65 - Checking Account
**Blanket Bond:** $372,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****31-65 | 2,854.49 | 0.00 | 0.00 |
| Checking # 9200-******31-65 | 1.14 | 2,855.63 | 0.00 |
| | $2,855.63 | $2,855.63 | $0.00 |

{} Asset reference(s)

Printed: 05/17/2012 08:08 AM    V.13.02